

| Downtown Manhattan Office | Midtown Manhattan Office | Newark Office |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

February 11, 2025

<u>**Via ECF**</u>
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Crosby v. Crocs Retail, LLC
Case No. 1:25-cv-09359-AS
Request for Adjournment of Initial Pretrial Conference

Dear Judge Subramanian:

I represent plaintiff in the above-referenced matter. I write respectfully to request an adjournment of the Initial Pretrial Conference currently scheduled for April 16, 2026 at 1:30 PM. Defendant's counsel consents to this request.

This adjournment is necessary due to the unavailability of counsel on that date.

Both parties remain available and committed to participating in the conference at the Court's earliest convenience.

Thank you for your consideration of this request.

Cc: Hailey Kaye, Esq.

Respectfully submitted,
/s/ Robert Schonfeld
Robert Schonfeld, Esq.

GRANTED. The remote initial pretrial conference is hereby adjourned to **Thursday, April 23, 2026, at 3:00 PM**. Same dial-in information. The joint letter and proposed CMP are due April 15, 2026.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 13.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 12, 2026